# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 565 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. John Esposito | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 7/17/08. Defendant informed of rights. Enter order appointing Mary Judge to represent defendant for initial appearance proceedings only. Preliminary examination hearing set for 7/30/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:09

U.S. DISTRICT COURT
CLERK

2008 JUL 18 AM 8:21

FILED

| | Courtroom Deputy Initials: | DK |
|---|---|---|