# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 565 - 1 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. John Esposito | | |

**DOCKET ENTRY TEXT**

Defendant's motion for leave to substitute counsel is granted. James R. Streicker and Terence H. Campbell are granted leave to file their appearance as counsel for defendant. Mary Judge is granted leave to withdraw her appearance as counsel for defendant. Counsel for Defendant advises the Court that Defendant waives his right to a preliminary examination. Defendant ordered bound to the District Court for further proceedings. Preliminary examination hearing set for 7/30/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DK |
|---|---|---|