UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 565 |
| | ) | |
| JOHN ESPOSITO | ) | Chief Judge James F. Holderman |

### NOTICE OF MOTION

TO:   James R. Streicker
      Terence H. Campbell
      Cotsirilos, Tighe & Streicker
      33 North Dearborn Street
      Suite 600
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that Saturday, August 2, 2008, the undersigned filed with the Clerk of the United States District Court, 219 S. Dearborn, the "*Government's Agreed First Motion for an Extension of Time to Return Indictment Pursuant to 18 U.S.C. § 3161(h)*." A copy is served upon you herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Barry A. Miller
      BARRY A. MILLER
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois  60604
      (312) 886-1325

**Certificate of Service**

The undersigned Asst. U.S. Attorney hereby certifies that the aforesaid document was served on August 2, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/Barry A. Miller
Assistant U.S. Attorney